Motion GRANTED.

# IN THE UNITED STATES COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| AMERICAN CASUALTY COMPANY | ) | |
| OF READING, PENNSYLVANIA and | ) | Civil No.: 3:13cv98 |
| CNA CLAIMPLUS, INC., | ) | |
| | ) | |
| v. | ) | Judge Trauger |
| | ) | |
| CRESENT ENTERPRISES, INC. | ) | Magistrate Judge Knowles |
| | ) | |

## MOTION TO ALLOW OUT OF STATE COUNSEL TO ATTEND
## INITIAL CASE MANAGEMENT CONFERENCE VIA TELEPHONE

Come the Plaintiffs, American Casualty Company of Reading, Pennsylvania and CNA Claimplus, Inc., and move the Court for entry of an Order allowing out of state counsel, Samuel J. Thomas, to attend the Initial Case Management Conference via telephone. In support of this motion, the Plaintiffs would show unto the Court as follows:

1.      The Initial Case Management Conference in this case is set for Monday, April 15, 2013 at 2:30 p.m.

2.      By Order entered April 8, 2013, (Document No. 11), the Motion for Admission Pro Hac Vice of Samuel J. Thomas was granted.

3.      Samuel J. Thomas is an attorney at the law firm of Bressler, Amery & Ross, P.C. in Florham Park, New Jersey. He would like to attend the Initial Case Management Conference via telephone.

4.      Local counsel for the Plaintiffs, John E. Anderson, Sr., will be attending the Initial Case Management Conference in person.

JL0001