ORDER:
Motion granted.

*E. Clifton Knowles*

U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| AMERICAN CASUALTY COMPANY )<br>OF READING, PENNSYLVANIA and )<br>CNA CLAIMPLUS, INC. )<br>    )<br>  Plaintiffs, )<br>    )<br>vs. )<br>    )<br>CRESENT ENTERPRISES, INC. )<br>d/b/a CRESENT FINE FURNITURE )<br>    )<br>  Defendant. ) | NO. 3:13CV-98<br>Judge Trauger<br>Magistrate Judge Knowles |

### DEFENDANT'S MOTION FOR LEAVE OF COURT TO FILE REPLY TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL

**COMES NOW** the Defendant, **CRESENT ENTERPRISES, INC. d/b/a/ CRESENT FINE FURNITURE**, by and through counsel and pursuant to Local Rule 7.01(b), and moves the Court for leave to file a reply to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Compel. In support of this motion the Defendant would show the Court that the gravamen of the Plaintiff's response is that it is prohibited by the Health Insurance Portability and Accountability Act of 1996, Public Law 104-191 ("HIPAA") from producing its workers' compensation claim files without a confidentiality agreement. Given this argument, justice requires that the Defendant be granted an opportunity to brief the application of HIPAA to Plaintiff CNA Claimplus, Inc., the third party administrator of the