ORDER:
Motion granted.

*E. Clifton Knowles*

U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA and CNA CLAIMPLUS, INC., | Civil Action No. 3:13-CV-98<br>Judge Trauger<br>Magistrate Judge Knowles |
| Plaintiffs, | |
| v. | |
| CRESENT ENTERPRISES, INC. d/b/a CRESENT FINE FURNITURE, | |
| Defendant. | |

## MOTION TO SEAL INFORMATION FILED BY DEFENDANT

Plaintiffs American Casualty Company of Reading, Pennsylvania and CNA ClaimPlus, Inc. (collectively "CNA"), by and through its counsel, respectfully move this Court for an Order to seal from the public record certain information contained in defendant Cresent Enterprises, Inc. d/b/a Cresent Fine Furniture's ("Cresent") Motion to Compel Discovery [DE 25].

Cresent's Motion to Compel Discovery includes and discloses the private medical information of Cresent's employees which is unquestionably confidential information protected by the Health Insurance Portability and Accountability Act of 1996, Public Law 104-191 ("HIPAA"). Pub. L. 104-191. HIPPA is designed to address the use and disclosure of an individual's health information and assure that individuals' health information is properly protected while allowing the flow of health information needed to provide and promote high quality health care and to protect the public's health and well being. HIPPA defines the information under its protection as "protected health information" or "PHI" which includes all