IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA and CNA CLAIMPLUS, INC., | ) ) ) ) |
| Plaintiffs, | ) ) ) ) |
| vs. | ) CASE NO. 3:13-cv-0098 ) JUDGE TRAUGER/KNOWLES ) ) |
| CRESENT ENTERPRISES, INC. d/b/a CRESENT FINE FURNITURE, | ) ) ) |
| Defendant. | ) |

## ORDER

The parties have submitted an "Agreed Confidentiality Agreement and Protective Order" (Docket No. 39-1), which the Court has revised slightly and which has been entered (Docket No. 40). Based upon statements made during a telephone discovery conference held on November 1, 2013, the Court understands that the referenced Confidential Agreement and Protective Order resolves the disputes set forth in Defendant's "Motion for a Qualified Protective Order" (Docket No. 24) and in Defendant's "Motion to Compel Discovery" (Docket No. 25).

For the foregoing reasons, the referenced Motions are DENIED as MOOT.

IT IS SO ORDERED.

E. Clifton Knowles
United States Magistrate Judge