IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, and CNA CLAIMPLUS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 3:13-0098 Judge Trauger |
| CRESENT ENTERPRISES, INC., d/b/a Cresent Fine Furniture, | ) ) ) | Magistrate Judge Knowles |
| Defendant. | ) ) | |

**O R D E R**

Given the pendency of a Motion to Compel presently pending before Judge Knowles plus several pending motions before this judge, it is hereby **ORDERED** that the trial scheduled for June 3, 2014 and the pretrial conference scheduled for May 30, 2014 are **CONTINUED**, to be reset, if appropriate, after a decision on all pending motions.

It is so **ORDERED**.

ENTER this 16th day of April 2014.

_____
ALETA A. TRAUGER
U.S. District Judge