UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA and CNA CLAIMPLUS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CRESENT ENTERPRISES, INC., <br><br> Defendant. | Case No. 3:13-cv-0098 <br> Judge Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, the court hereby finds as follows:

- The defendant's Motion to Strike the Affidavit of Cynthia Goral (Docket No. 59) is **DENIED**.

- The plaintiffs' Motion for Summary Judgment (Docket No. 43) is **GRANTED**.

- The defendant's counterclaim is **DISMISSED WITH PREJUDICE**.

- Counts Two and Three of the plaintiffs' Amended Complaint are **DISMISSED WITH PREJUDICE**.

- It is further **ORDERED** that judgment shall be entered for the plaintiffs in the amount of $84,247.00 in compensatory damages and $13,503.76 in contractual interest, as well as attorney's fees, subject to the court's review of a declaration to be filed by the plaintiffs accounting for their legal costs of collection.

It is so **ORDERED**.

Enter this 28th day of August 2014.

_____
ALETA A. TRAUGER
United States District Judge

1