IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA and CNA CLAIMPLUS, INC. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:13-cv-98 |
| | ) | Judge Trauger |
| CRESENT ENTERPRISES, INC. d/b/a CRESENT FINE FURNITURE, | ) ) ) | Magistrate Judge Knowles |
| Defendant. | ) ) | |

**NOTICE OF SETTLEMENT & STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, Plaintiffs American Casualty Company of Reading, Pennsylvania and CNA Claimplus, Inc. and Defendant Cresent Enterprises, Inc. d/b/a Cresent Fine Furniture, hereby give notice that all matters in dispute between them have been compromised and settled. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice. All parties are in agreement that the Court shall retain jurisdiction to enforce the terms of the settlement agreement executed by all parties.

Respectfully submitted,

/s/ Dennis E. Kadian
Dennis E. Kadian (admitted *pro hac vice*)
BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike
Florham Park, NJ 07932
(973) 514-1200

/s/ William L. Moore, Jr.
William L. Moore, Jr.
119 Public Square
Gallatin, TN 37066
(615) 452-1444

*Counsel for Defendant*

/s/ John E. Anderson
John E. Anderson, # 13698
DICKINSON WRIGHT PLLC
424 Church Street, Suite 1401
Nashville, Tennessee 37219
(615) 244-6538

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 29, 2014, a true and correct copy of the foregoing Notice of Settlement and Stipulation of Dismissal with Prejudice was served on the following individuals consenting to electronic service by operation of the Court's electronic filing system:

William L. Moore, Jr.
119 Public Square
Gallatin, TN 37066
(615) 452-1444

      /s/ Dennis E. Kadian
      Dennis E. Kadian (admitted *pro hac vice*)