## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 29, 2014

Mr. John E. Anderson
Dickinson Wright
424 Church Street
Nashville, TN 37219

Mr. Clifton David Briley
Bone McAllester Norton
511 Union Street
Nashville, TN 37219

Mr. Dennis Edward Kadian
Bressler, Amery & Ross
325 Columbia Turnpike
Florham Park, NJ 07932-0000

Mr. Samuel Jay Thomas
Bressler, Amery & Ross
P.O. Box 1980
Morristown, NJ 07962

Mr. Stephen J. Zralek
Bone McAllester Norton
511 Union Street
Nashville, TN 37219

          Re:   Case No. 14-6194, *American Casualty Company of, et al v. Cresent Enterprises, Inc.*
                 Originating Case No. : 3:13-cv-00098

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

                                                 Sincerely yours,

                                                 s/Connie A. Weiskittel
                                                 Mediation Administrator

cc:  Mr. Keith Throckmorton

Enclosure

No mandate to issue

Case No. 14-6194

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA; CNA CLAIMPLUS, INC.

        Plaintiffs - Appellees
        Counter - Defendants

v.

CRESENT ENTERPRISES, INC., dba Cresent Fine Furniture

        Defendant - Appellant
        Counter - Plaintiff.

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                              **ENTERED PURSUANT TO RULE 33,**
                              **RULES OF THE SIXTH CIRCUIT**
                              Deborah S. Hunt, Clerk

Issued: December 29, 2014